TIMOTHY DOLAN, Appellant, *v.* THE CITY OF BROOKLYN, Respondent.

(Argued December 3, 1891; decided December 22, 1891.)

APPEAL from judgment of the General Term of the Supreme Court in the second judicial department, entered upon an order made February 10, 1890, which affirmed a judgment in favor of defendant entered upon a decision of the court on trial at Special Term.

*F. A. McCloskey* for appellant.

*Almet F. Jenks* for respondent.

Agree to affirm; no opinion.

All concur.

Judgment affirmed. _____

GEORGE J. AXT et al., Respondents, *v.* JOHN F. SHANKEY, Appellant.

(Argued December 4, 1891; decided December 22, 1891.)

APPEAL from judgment of the General Term of the Supreme Court in the second judicial department, entered upon an order made February 9, 1891, which affirmed a judgment in favor of plaintiffs, entered upon the report of a referee.

*George W. Weiant* for appellant.

*Frank Comesky* for respondents.

Agree to affirm; no opinion.

All concur.

Judgment affirmed.